Elizabeth Kramer, State Bar No. 293129 (elizabeth@eko.law)
Kevin Osborne, State Bar No. 261367 (kevin@eko.law)
Julie Erickson, State Bar No. 293111 (julie@eko.law)
**Erickson Kramer Osborne LLP**
44 Tehama Street
San Francisco, CA 94105
Phone: 415-635-0631
Fax: 415-599-8088

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| KENNETH DONOVAN and HUSSIEN KASSFY, individually and on behalf of others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> GMO-Z.COM TRUST COMPANY, INC.; COINBASE GLOBAL, INC.; AND COINBASE INC. <br><br> Defendants. | Case No.: 4:22-cv-02826-YGR <br><br> NOTICE OF APPEARANCE OF JULIE ERICKSON |

1  **TO THE CLERK OF THE COURT, ALL PARTIES, AND THEIR COUNSEL OF**
2  **RECORD:**

3     PLEASE TAKE NOTICE THAT Julie Erickson, of the law firm Erickson Kramer
4  Osborne, LLP, hereby appears in the above captioned matter as counsel for Plaintiffs. Ms.
5  Erickson is a member in good standing in the State Bar of California and is admitted to practice
6  law in the Northern District of California.

7     Counsel requests that all pleadings, notices, and other filings to be served are directed to
8  the following address, telephone number, fax number, and/or email address, as required by the
9  operation of the Local Rules of Practice in Civil Proceedings before the United States District
10 Court for the Northern District of California.

>   Julie Erickson
>   julie@eko.law
>   Erickson Kramer Osborne LLP
>   44 Tehama Street
>   San Francisco, CA 94105
>   Phone: 415-635-0631
>   Fax: 415-599-8088

Dated this 18th day of May, 2022.        Erickson Kramer Osborne, LLP

                                          /s/ Julie Erickson
                                         _____
                                         Julie Erickson
                                         Attorneys for Kenneth Donovan and Hussien
                                         Kassfy

NOTICE OF APPEARANCE OF JULIE ERICKSON; CASE NO. 4:22-CV-02826-YGR