UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KENNETH DONOVAN, et al.**<br>    Plaintiffs**,**<br><br>    **vs.**<br><br>**COINBASE GLOBAL, INC., et al.**<br><br>    **Defendants.** | **Case No.: 22-cv-2826 YGR**<br><br>**ORDER OF RECUSAL** |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

I, the undersigned judge of the court, finding myself disqualified in the above-entitled action, hereby recuse myself from this case and request that the case be reassigned pursuant to the Assignment Plan.

All pending dates of motions are hereby vacated and will be reset by the newly assigned judge.

**IT IS SO ORDERED**.

Date: July 22, 2022

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**